# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JEFFREY LEE JONES, | Case No. 19-cv-1144 (NEB/ECW) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| STATE OF MINNESOTA, GLADYS MEIJA DANIELA, KRISTEN BOOMER, JOANNE RIOS A/K/A JOANNE HAGFORS, DONALD RYAN, SALIM OMARI, AMANDA HEU, MARK SOLFELT, JAMES LEATHERMAN, and STEPHEN NESSER, | |
| Defendants. | |

The Court has received the August 9, 2019 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. [ECF No. 5 ("R&R").] No party has objected to that R&R, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter,

IT IS HEREBY ORDERED THAT:

1. The Court ACCEPTS the R&R, and

2. This action is DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 18, 2019

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge